# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MAURKES SWARN, Individually,

      Plaintiff,           **CASE NO. 2:19-cv-00135**

v.

RITEWAY BUS SERVICE, INC.

      Defendant.

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by the Plaintiff, Maurkes Swarn, and the Defendant, Riteway Bus Service, Inc., through their respective attorneys, that all of the Plaintiff's claims and causes of action in this case may be dismissed, without prejudice and without costs or further notice to any of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 28 day of May, 2019

                                    FIRST, ALBRECHT & BLONDIS, S.C.
                                    Attorneys for Plaintiff Maurkes Swarn

                                    /s/ Thomas C. Lenz
                        By:  _____
                                    Thomas C. Lenz
                                    State Bar No. 1055135
                                    Bryn I. Baker
                                    State Bar No. 1102534
                                    158 N. Broadway, Suite 600
                                    Milwaukee, WI 53202
                                    Telephone: (414) 271-1972
                                    Facsimile: (414) 271-1511
                                    Email: tlenz@fabattoneys.com
                                                bbaker@fabattoneys.com

Dated this 28 day of May, 2019

1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant Riteway

/s/ Christine Bestor Townsend

_____

Christine Bestor Townsend
State Bar No. 1103584
Ogletree, Deakins, Nash, Smoak & Stewart
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: (414) 239-6419
Facsimile: (414) 755-8289
Email: christine.townsend@ogletree.com